DANIEL BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL GINES SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-346-LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | |
| ISMAEL GINES SANDOVAL, ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

     This matter came before the Court for Status Conference on August 26, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney Heiko Coppola appeared for Assistant United States Attorney, Samuel Wong, defense counsel for ISMAEL GINES SANDOVAL, Assistant Federal Defender Lauren Cusick, and the defendant was present.

     Defense counsel requested that the matter be set for status conference on September 3, 2008 at 9:30 a.m.

     IT IS HEREBY ORDERED that this matter be set for a status

1  conference on September 3, 2008 at 9:30 a.m.
2      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
3  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
4  from August 26, 2008 to and including September 3, 2008, is excluded
5  from the time computations required by the Speedy Trial Act due to
6  ongoing preparation of counsel.
7  DATED: September 2, 2008

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT