DANIEL BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL GINES SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISMAEL GINES SANDOVAL, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Cr.S. 08-346-LKK <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br><br> Date:  October 28, 2008 <br> Time:  9:15 a.m. <br> JUDGE: Hon. Lawrence K. Karlton |

     It is hereby stipulated between the parties, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, ISMAEL GINES SANDOVAL, that the status conference set for October 7, 2008 be reset for October 28, 2008 at 9:15 a.m.

     This continuance is being requested because defense counsel requires additional time to review discovery, continue defense investigation, and to interview our client and other witnesses.

     It is further stipulated that the period from October 1, 2008 through and including October 28, 2008 should be excluded pursuant to

```
 1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon defense
 2  preparation.
 3  Dated:  October 1, 2008              Respectfully submitted,
 4                                       DANIEL J. BRODERICK
                                         Federal Defender
 5
 6                                       /s/ Lauren Cusick
                                         LAUREN D. CUSICK
 7                                       Assistant Federal Defender
                                         Attorney for Defendant
 8                                       ISMAEL GINES SANDOVAL
 9
    Dated:  October 1, 2008              MCGREGOR W. SCOTT
10                                       United States Attorney
11
                                         /s/ Lauren Cusick for
12                                       SAMUEL WONG
                                         Assistant U.S. Attorney
13                                       per email authorization
14
```

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is further ordered that time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, October 1, 2008, through and including October 28, 2008, pursuant to 18 U.S.C. §

1  3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  A
2  new status conference date is hereby set for October 28, 2008, at
3  9:15 a.m.

Dated: October 3, 2008

```
                             /s/ Lawrence K. Karlton
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT
```