```
DANIEL BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL GINES SANDOVAL
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-346-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| ISMAEL GINES SANDOVAL, ) | Date: January 13, 2009 |
| ) | Time: 9:15 a.m. |
| Defendants. ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, ISMAEL GINES SANDOVAL, that the status conference set for December 8, 2008 be reset for January 13, 2009 at 9:15 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue defense investigation, and to interview our client and other witnesses.

It is further stipulated that the period from December 4, 2008 through and including January 13, 2009 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

Dated:  December 4, 2008              Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Lauren Cusick
                                      LAUREN D. CUSICK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ISMAEL GINES SANDOVAL


Dated:  December 4, 2008              MCGREGOR W. SCOTT
                                      United States Attorney


                                      /s/ Lauren Cusick for
                                      SAMUEL WONG
                                      Assistant U.S. Attorney
                                      per email authorization


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is further ordered that time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, December 4, 2008, through and including January 13, 2009, pursuant to 18 U.S.C. §

2

1  3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  A
2  new status conference date is hereby set for January 13, 2009, at 9:15
3  a.m.

Dated: December 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3