DANIEL BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL GINES SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISMAEL GINES SANDOVAL, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Cr. S-08-346-LKK <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br><br> Date:  February 10, 2009 <br> Time:  9:15 a.m. <br> JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, ISMAEL GINES SANDOVAL, that the status conference set for January 13, 2009 be reset for February 10, 2009 at 9:15 a.m.

This continuance is being requested because defense counsel requires additional time to advise our client, who is a Spanish language speaker, regarding the plea and the Spanish/English language interpreter has been unavailable.

It is further stipulated that the period from the date of this

1  stipulation, January 8, 2009, through and including February 10, 2009
2  should be excluded from computation of time within which the trial of
3  this matter must be commenced under the Speedy Trial Act, pursuant to
4  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon defense
5  preparation.

6  Dated:   January 8, 2009            Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender
8

9                                      /s/ Lauren Cusick
                                       LAUREN D. CUSICK
10                                     Assistant Federal Defender
                                       Attorney for Defendant
11                                     ISMAEL GINES SANDOVAL

12
   Dated:   January 8, 2009            LAWRENCE G. BROWN
13                                     Acting United States Attorney

14
                                       /s/ Lauren Cusick for
15                                     SAMUEL WONG
                                       Assistant U.S. Attorney
16                                     per email authorization

17

18                                **O R D E R**

19     Based on the stipulation of the parties and good cause appearing
20  therefrom, the Court hereby finds that the failure to grant a
21  continuance in this case would deny defense counsel reasonable time
22  necessary for effective preparation, taking into account the exercise
23  of due diligence.  The Court specifically finds that the ends of
24  justice served by the granting of such continuance outweigh the
25  interests of the public and the defendant in a speedy trial.  Based on
26  these findings and pursuant to the stipulation of the parties, the
27  Court hereby adopts the stipulation of the parties in its entirety as
28  its order.  It is further ordered that time is excluded from

2

computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, January 8, 2009, through and including February 10, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  A new status conference date is hereby set for February 10, 2009, at 9:15 a.m.

Dated: January 9, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT