DANIEL BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL GINES SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-346-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| ISMAEL GINES SANDOVAL, ) | Date:  March 3, 2009 |
| ) | Time:  9:15 a.m. |
| Defendants. ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

    It is hereby stipulated between the parties, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, ISMAEL GINES SANDOVAL, that the status conference set for February 10, 2009 be reset for March 3, 2009 at 9:15 a.m.

    This continuance is being requested because the parties are resolving several issues in a proposed plea agreement. Defense counsel desires additional time to explain to her client, who is a Spanish language speaker, the ramifications of any plea agreement. The parties need time to finalize the agreement and present it to the Court in

advance of the next court date.

It is further stipulated that the period from the date of this stipulation, February 6, 2009, through and including March 3, 2009, should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

Dated:  February 6, 2009          Respectfully submitted,

                                         DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Lauren Cusick
                                       LAUREN D. CUSICK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ISMAEL GINES SANDOVAL

Dated:  February 6, 2009          LAWRENCE G. BROWN
                                       Acting United States Attorney

                                       /s/ Lauren Cusick for
                                       SAMUEL WONG
                                       Assistant U.S. Attorney
                                       per email authorization

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on

2

1 these findings and pursuant to the stipulation of the parties, the
2 Court hereby adopts the stipulation of the parties in its entirety as
3 its order.  It is further ordered that time is excluded from
4 computation of time within which the trial of this matter must be
5 commenced beginning from the date of the stipulation, February 6, 2009,
6 through and including March 3, 2009, pursuant to 18 U.S.C. §
7 3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  A
8 new status conference date is hereby set for March 3, 2009, at 9:15
9 a.m.

Dated: February 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3