1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   NO. CRS-08-346 LKK
                                 )
12            Plaintiff,         )
                                 )   STIPULATION AND ORDER ADJUSTING
13            v.                 )   BRIEFING SCHEDULE AND CONTINUING
                                 )   MOTIONS HEARING DATE
14 ISMAEL GINES SANDOVAL,        )
                                 )
15            Defendant.         )   Court:  Hon. Lawrence K. Karlton
                                 )
16 _____

17

18      Whereas, counsel for plaintiff United States of America has

19 been very busy working on:  trial preparation, a contested

20 sentencing hearing, an opposition to a motion to suppress, an

21 indictment, and multiple warrants in other cases, and desires

22 additional time to respond to defendant Ismael Gines Sandoval's

23 pretrial motion,

24      It is hereby stipulated by and between the parties hereto,

25 through their respective counsel, that the presently set briefing

26 schedule for Sandoval's pretrial motions shall be adjusted as

27 follows:

28      1.   The United States shall file its response to

                                  1

1    defendant's motion on or before July 7, 2009.

2        2.   Defendant's reply memoranda, if any, in support of his

3    motions shall be due on or before July 28, 2009.

4        3.   The June 2, 2009, non-evidentiary hearing on

5    defendant's motions shall be continued to August 11, 2009 at 9:15

6    a.m.

7                                Respectfully submitted,

8    Dated:  May 28, 2009        LAWRENCE G. BROWN
                                 Acting United States Attorney
9
                                 /s/  Samuel Wong
10                        By:    _____
                                 SAMUEL WONG
11                               Assistant U.S. Attorney

12

13                               /s/ Lauren Cusick

14   Dated:  May 28, 2009        _____
                                 LAUREN CUSICK
15                               Assistant Federal Defender
                                 Attorney for defendant
16                               Ismael Gines Sandoval
                                 (per telephone authorization)

17

18          _____

19

20                                    ORDER

21

22       Pursuant to stipulation of the parties, and good cause

23   appearing therefrom, the Court hereby adopts the parties'

24   stipulation in its entirety as the Court's order.

25

26   Dated: June 2, 2009

27                            _____
                             LAWRENCE K. KARLTON
28                           SENIOR JUDGE
                             UNITED STATES DISTRICT COURT

                                     2