BENJAMIN B. WAGNER
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL GINES SANDOVAL,<br><br>Defendant. | No. 2:08-CR-346 LKK<br><br>**STIPULATION AND ORDER SETTING TRIAL AND TRIAL CONFIRMATION HEARING DATES, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Court: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to by and between plaintiff United States of America, on the one hand, and defendant Ismael Gines Sandoval, on the other hand, through their respective undersigned counsel, that:

1. The trial confirmation hearing in this case shall be held on February 9, 2010, at 9:15 a.m.;

2. The trial in this case shall be set on March 9, 2010, at 10:30 a.m.; and

3. Time from the date of the parties' stipulation, December 16, 2009, to and including March 9, 2010, shall be excluded from computation of time within which trial of this case must commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

The parties note that this case involves serious drug and firearms charges with a three possible maximum life sentences. Defense counsel and her client desire additional time to research the law, investigate the facts, and prepare for trial. This process is made

more difficult because defendant is a Spanish language speaker and an interpreter will be necessary to translate the discovery and other documents written in the English language.

Dated:  December 16, 2009          /s/ Lauren Cusick
                                   LAUREN CUSICK
                                   Assistant Federal Defender
                                   Attorney for defendant
                                   Ismael Gines Sandoval
                                   (per email authorization)

Dated:  December 16, 2009          BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:   /s/Samuel Wong
                                         SAMUEL WONG
                                         Assistant United States Attorney

ORDER

The Court, having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, adopts the parties' stipulation in its entirety as its order. The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. Therefore, it is further ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of the parties' stipulation, December 16, 2009, to and including March 9, 2010.

IT IS SO ORDERED.

Dated:  December 21, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT