BENJAMIN B. WAGNER
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-346 LKK |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING IN PART AND** |
| | ) | **GRANTING IN PART DEFENDANT'S** |
| v. | ) | **MOTION TO SUPPRESS STATEMENTS** |
| | ) | |
| | ) | |
| ISMAEL GINES SANDOVAL, | ) | Court:  Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |

On November 13, 2009, the Court held an evidentiary hearing on defendant Ismael Gines Sandoval's motion to suppress his post-Miranda statements made during two separate interviews on July 8, 2008, and July 9, 2008, respectively, with Tehama County Sheriff's Detective David Hencratt in which Sandoval incriminated himself in connection with a marijuana garden on the Mendocino National Forest. Assistant United States Attorney Samuel Wong represented the United States.  Assistant Federal Defender Lauren Cusick represented Sandoval.

**Sandoval's July 8, 2008 Post-Arrest Statement**

At the evidentiary hearing, Salem, Oregon, Police Detective Eric Moffett testified that, on June 6, 2007, -- about thirteen

1

months before Sandoval's arrest in the instant case -- he

encountered Sandoval, who was then using the alias David Garcia

Calderon [1], in connection with a methamphetamine trafficking

investigation.  Moffett testified that he could competently read a

Miranda warning card written in the Spanish language.  Moffett

testified that during the encounter, Moffett read to Sandoval, along

with three other Spanish-speaking suspects, a Spanish language

Miranda warning card.  Moffett gave the card to Sandoval to confirm

in Sandoval's own writing that he understood the Spanish language

Miranda rights.  Sandoval acknowledged understanding his rights by

signing his alias "David Garcia Calderon" on the back of the Miranda

card.  During that interview, Sandoval lied and claimed that he was

a juvenile.

Salem Police Officer Ryan Morris testified at the evidentiary

hearing that six days later, on June 12, 2007, Sandoval had a second

encounter with the Salem Police Department in connection with a

shoplifting incident at a Macy's Department Store.  Sandoval, who

again was using the alias David Garcia Calderon [2], was detained by a

Macy's security officer until interviewed by Officer Morris.  Both

Officer Morris and Macy's employee Mary DeLeon testified during the

shoplifting investigation, Ms. DeLeon, who is a bilingual

Spanish/English speaker, read to Sandoval a Spanish language Miranda

---

[1]     Detective Moffett knows Sandoval as "David Garcia
Calderon"; however, for purposes of avoiding confusion, this Order
will refer to the suspect in Moffett's investigation as "Sandoval"
unless the context makes use of the name inappropriate.

[2]     Officer Morris knows Sandoval as "David Garcia Calderon";
however, for purposes of avoiding confusion, this Order will refer
to the suspect in Morris' investigation as "Sandoval" unless the
context makes use of the name inappropriate.

1

2    warning card.  Both Morris and DeLeon testified Sandoval again

3    acknowledged understanding his rights by signing his alias "David

4    Garcia Calderon" on the back of the Miranda card.  During the

5    interview, Sandoval again lied and claimed that he was a juvenile.

6         Tehama County Sheriff's Detective David Hencratt testified that

7    on July 8, 2007, he participated in the arrest of Sandoval, who was

8    armed with a rifle, at water intake placed into Digger Creek for a

9    waterline to a marijuana garden.  Hencratt testified as part of the

10   arrest process, Hencratt and Deputy Rich Ryan announced their

11   presence as police in Spanish and English and ordered Sandoval put

12   his hands up.  Sandoval did not comply and held onto his rifle.

13   Ryan released the dog which ran to Sandoval and bit him in the left

14   pocket/thigh area.  Upon receiving the dog bite, Sandoval dropped

15   his rifle.  Hencratt and Ryan then arrested Sandoval.

16        Hencratt testified that he attended to Sandoval's dog bite

17   first before interviewing Sandoval about the marijuana garden.

18        Hencratt testified that he interviewed Sandoval in Spanish

19   after reading to Sandoval his Miranda rights.  Hencratt explained

20   that he has received sufficient Spanish language training to allow

21   him to competently read a Spanish language Miranda warning card and

22   communicate in Spanish on a basic working level.  Hencratt testified

23   he read to Sandoval in Spanish the Miranda rights listed on

24   Hencratt's Miranda card.  Hencratt testified as he read each right,

25   followed by the question "Estude entiende?" meaning "Do you

26   understand?", Sandoval acknowledged understanding each of his

27   Miranda rights by responding "Si" or "Yes".

28        The testimony and evidence offered by the United States at the

     hearing was convincing and uncontroverted.  Based on these facts,

the Court finds that:  Sandoval was aware of his <u>Miranda</u> rights based on his two encounters with the Salem Police on June 6, 2007, and June 12, 2007; and (2) Hencratt properly advised Sandoval of his <u>Miranda</u> rights, which Sandoval waived by answering Hencratt's limited questions at the place of Sandoval's arrest on July 8, 2008. Therefore, Sandoval's motion to suppress his post-arrest statements made on July 8, 2008, is denied.

### Sandoval's July 9, 2009, Post-Arrest Statement

Detective Hencratt testified that before Sandoval's arrest his law enforcement team observed Sandoval and at least two other workers in the marijuana garden.  In Sandoval's July 8, 2008, post-arrest statement, he reported that there were three additional workers, armed with at least one rifle and possibly a pistol, in the marijuana garden.  According to Hencratt, the terrain leading out of the area to the nearest road was very steep and provided little cover, and walking out with a prisoner to the nearest road would expose the team to sniper fire from the unapprehended armed suspects.  Hencratt testified that the six members of the law enforcement team kept Sandoval overnight in the area of the marijuana garden.  Hencratt decided on this course of action in an attempt to arrest the three additional suspects rather than split the team and remove Sandoval from the area because the suspects at large posed a danger to the public and the officers in the event that the officers attempted to walk Sandoval out of the area.

Hencratt testified that, on the morning of July 9, 2008, Sandoval was extracted from the marijuana garden by helicopter at approximately 8:30 a.m. to a landing zone near a road.  From that point, other deputies transported Sandoval by motor vehicle to Saint

Elizabeth Community Hospital in Red Bluff for examination of the dog bite wound.  Sandoval was treated by the hospital staff that morning, released back to the officers, and transported back to the Tehama County Jail.

At approximately 2:00 p.m., Detective Hencratt with the aid of Sheriff's Service Officer Espinoza, who is bilingual in Spanish and English, interviewed Sandoval in detail.  Prior to the interview, Espinoza read to Sandoval his <u>Miranda</u> rights from Hencratt's preprinted card to which Sandoval answered affirmatively, "Uh, huh" or "Si" meaning "Yes", and answered questions.  As to this second interview, the Court finds that the interview took place outside the "six-hour safe harbor" allowed under F.R.Crim.P. 5(a)(1) and 18 U.S.C. § 3501(c) to conduct an interview after a suspect's arrest. The Court notes that at the time of the 2:00 p.m. interview, Sandoval could have been and should have been taken before a state judicial officer for an initial appearance on the charges for which he was arrested.  Accordingly, the Court grants Sandoval's motion to suppress as to the July 9, 2009, post-arrest statements.

It is so ordered.


Dated: January 5, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT