BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00346-LKK |
| ) | |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| ) | |
| ISMAEL GINES SANDOVAL, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ismael Gines Sandoval, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Ismael Gines Sandoval's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

> a Colt Model AR-15, .223 caliber semi-automatic rifle, serial number CSL003464, and all ammunition used with the firearm to commit the violation(s).

2. The above-listed property is property used, or intended to be used, in any matter or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846.

1    3.  Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the
4 Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
5 secure custody and control.
6    4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
7 the United States shall publish notice of the order of
8 forfeiture.  Notice of this Order and notice of the Bureau of
9 Alcohol, Tobacco, Firearms and Explosives' (or a designee's)
10 intent to dispose of the property in such manner as the Attorney
11 General may direct shall be posted for at least 30 consecutive
12 days on the official internet government forfeiture site
13 [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent
14 practicable, provide direct written notice to any person known to
15 have alleged an interest in the property that is the subject of
16 the order of forfeiture as a substitute for published notice as
17 to those persons so notified.
18      b.  This notice shall state that any person, other than
19 the defendant, asserting a legal interest in the above-listed
20 property, must file a petition with the Court within sixty (60)
21 days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.
25    5.  If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final
27 Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
28 ///

1 | interests will be addressed.

2 |     SO ORDERED this 17th day of March, 2010.

                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT