UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ISMAEL GINES SANDOVAL,<br><br>Movant. | No. 2:08-cr-0346 MCE AC P<br><br><br><br>ORDER |

On March 18, 2013, petitioner, a federal prisoner proceeding in pro per, filed a motion attacking his conviction and sentence under 28 U.S.C. § 2255. ECF No. 75. On June 4, 2013, the United States filed a motion to dismiss or, in the alternative, for summary judgment. ECF No. 80.

Petitioner did not timely oppose the motion. Accordingly, on August 26, 2013, this court ordered petitioner to file his opposition, if any, within 30 days. ECF No. 81. Petitioner has now filed a request for status in which he informs the court that he was unable to file his opposition on time because he was transferred to a correctional facility in Pennsylvania, Moshannon Valley Correctional Center, in September 2013. See ECF No. 82. Having failed to timely file an opposition, it appears that petitioner did not seek an extension of time, but instead simply waited for the court to grant the motion. See ECF No. 82. The court accordingly will construe petitioner's August 8, 2014 request for status to be a request for an extension of time to file his

////

1

1  opposition.

2  The local rules provide: "Failure of the responding party to file a written opposition or to
3  file a statement of no opposition may be deemed a waiver of any opposition to the granting of the
4  motion …." Local Rule 230(*l*).  Good cause appearing, IT IS ORDERED that, within thirty days
5  from the date of this order, petitioner shall file an opposition, if any, to the government's motion
6  to dismiss or, in the alternative, for summary judgment.  Failure to file an opposition will be
7  deemed as consent to have the pending motion granted.

8  DATED: October 2, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2