HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
LEXI NEGIN, State Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:08-cr-00346-MCE-AC |
| Plaintiff, | REQUEST FOR EXTENSION OF TIME |
| v. | |
| ISMAEL GINES SANDOVAL, | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

The Court issued an order directing the Office of the Federal Defender to brief in writing not later than August 12, 2016, whether and/or how the Court's decision denying Defendant's Motion to Reduce Sentence is affected by the Ninth Circuit's opinion in *United States v. Davis*, __F.3d __, 2016 WL 3245043 (2016). (Doc. 96).

Since the *Davis* opinion, the Office of the Federal Defender has undertaken a review of the Rule 11 c(1)(C) cases that might be affected by *Davis,* including Mr. Sandoval's case.  The process has taken a significant amount of time and resources.  During the process, undersigned counsel was made aware of the Court's order, but neglected to file a brief by August 12, 2016.

///

///

///

1

1       The undersigned, on behalf of the Federal Defender's Office, respectfully requests an extension of time until August 26, 2016 to file a brief in Mr. Sandoval's case.

Dated: August 22, 2016              HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Lexi Negin
                                          LEXI NEGIN
                                          Assistant Federal Defender

      IT IS SO ORDERED.

Dated: August 22, 2016

                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE